THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GAVINO DEMIAR, Appellant.

(Argued November 23, 1931; decided December 4, 1931.)

*David F. Price, Ralph E. Roberts* and *William Leibowitz* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.